A. Ogrodnik and National Mineral Company, Appellants, v. Louis Capron et al., Defendants. Harry Sacks, Appellee.

Gen. No. 43,703.

opinion filed June 26, 1947; released for publication July 8, 1947. Adolph A. Rubinson and Alster, Berger & Wald, for appellants; Louis N. Grossman and Lester N. Grossman, for appellee. Opinion by JUSTICE SCANLAN. Not to be published in full.